**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**NIKKI HAUGHEY**                                                                                     **PLAINTIFF**

V.                                              **3:13CV00268 JM**

**CENTRAL REFRIGERATED SERVICE, INC.;
SWIFT TRANSPORTATION CO., INC.;
CENTRAL LEASING INC.; JORDAN
HUNTER; and JOHN DOES 1-20**                                                  **DEFENDANTS**

**ORDER**

Pending is the Defendants' motion to dismiss Separate Defendants Central Leasing and Swift based upon lack of service. (Docket #38). No response has been filed. For good cause shown, the motion is GRANTED. Based upon the record, neither Central Leasing Inc. nor Swift Transportation Co. of Arizona, LLC have been served with the summons and complaint in this matter. No proof of service appears on the record. Accordingly, all of Plaintiff's claims against Central Leasing Inc. and Swift Transportation Co. of Arizona, LLC are dismissed without prejudice.

IT IS SO ORDERED this 21st day of October, 2015.

_____
James M. Moody Jr.
United States District Judge