IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**NIKKI HAUGHEY**                                                            **PLAINTIFF**

V.                                **3:13CV00268 JM**

**CENTRAL REFRIGERATED SERVICE, INC.;**
**SWIFT TRANSPORTATION CO., INC.;**
**CENTRAL LEASING INC.; JORDAN**
**HUNTER; and JOHN DOES 1-20**                          **DEFENDANTS**

## ORDER

Pending is the parties joint motion to dismiss with prejudice. (Docket # 76). For good cause shown, the motion is GRANTED. It appearing that the parties have settled this matter, the case is hereby dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 7th day of December, 2015.

_____
James M. Moody Jr.
United States District Judge